UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                   No.3:06-cv-1022-J-12MMH

LOLA C. BROKEMOND,

    Defendant.

___

## ORDER

This cause is before the Court on Defendant's Motion to Deny Plaintiff's Motion for Summary Judgment and for an Extension of Time to Retain Counsel to Present Support for this Motion and Other Petitions That Will Follow (Doc. 12), filed October 16, 2007.

The Court will allow the Defendant some additional time to retain counsel and to file any further response to the Plaintiff's motion for summary judgment or she may file any other motion that she deems appropriate. The Court reminds the Defendant that Federal Rule of Civil Procedure 56(e) states:

> When a motion for summary judgment is made and supported as provided in this rule, an adverse party may not rest upon the mere allegations or denials of the adverse party's pleading, but the adverse party's response, by affidavits or as otherwise provided in this rule, must set forth specific facts showing there is a genuine issue for trial. If the adverse party does not so respond, summary judgment, if appropriate, shall be entered against the adverse party.

See also, Adickes v. SH. Kress & Co., 398 U.S. 144, 157 (1970).

Upon review of the matter, it is

ORDERED AND ADJUDGED:

That the Defendant shall have until November 21, 2007, to retain counsel and for counsel to file a Notice of Appearance on her behalf. Counsel shall have until December 10, 2007, to file any further response to the Plaintiff's Motion for Summary Judgment (Doc.10). In the event the Defendant does not retain counsel, the Defendant shall have until December 10, 2007, to file any further response to the Plaintiff's Motion for Summary Judgment (Doc. 10). After December 10, 2007, the Court will consider the Plaintiff's Motion for Summary Judgment ready for disposition and will proceed to consider and dispose of it based on the record as of that date.

DONE AND ORDERED this __25TH__ day of October 2007.

_Howell W. Melton_
SENIOR UNITED STATES DISTRICT JUDGE

c:   Counsel of Record
     Defendant, Pro Se