UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

     v.                No.3:06-cv-1022-J-12TEM

LOLA C. BROKEMOND,

     Defendant.

## ORDER

This cause is before the Court on the Motion for Summary Judgment by the United States (Doc. 10), filed October 1, 2007, and the Motion to Dismiss Plaintiff's Summary Judgment and Motion for Summary Judgment by Defendant Lola C. Brokemond (Doc. 14), filed December 10, 2007. The Court has considered the Affidavit of Lola C. Brokemond (Doc.15), the Plaintiff's Opposition to Motion for Summary Judgment by Defendant Lola C. Brokemond (Doc.16), Defendant's Opposition to Plaintiff's Opposition to Motion for Summary Judgment by Defendant Lola C. Brokemond (Doc. 19), the Supplement to Motion for Summary Judgment by United States (Doc. 22), and Defendant's Response to Supplement to Motion for Summary Judgment by Plaintiff United States of America (Doc. 23), as well as the entire record and applicable law regarding this matter. The Court also heard and considered argument from the Defendant and counsel for Plaintiff on February 13, 2008.

The Plaintiff seeks to recoup two IRS refunds erroneously paid to the Defendant. There is no question of fact in this case that the Defendant submitted claims to the IRS

which contained misrepresentations of material fact and that the IRS erroneously paid refunds to her based on those claims.

It is immaterial in determining liability in this civil case whether or not the Defendant knew at the time the claims were submitted that the claims contained misrepresentations of material fact or that she was acquitted of criminal charges regarding the claims she made. Moreover, the Defendant admits that she now knows the claims she submitted contained misrepresentations of fact. Doc. 10, Exh. 1 at ¶10. The Court need not and does not make any findings regarding whether the Defendant knew about the misrepresentations before she submitted the refund claims or intentionally attempted to misrepresent material information or to defraud the IRS. The Court finds no basis in the record for estoppel and finds that the Plaintiff is entitled to recoup the refunds paid to the Defendant in error because of misrepresentations contained in her refund claims. As a result, the Court determines that no genuine issue of material fact remains and that Plaintiff is entitled to judgment as a matter of law pursuant to Fed.R.Civ.P. 56.

Plaintiff has submitted to the Court updated information regarding the amounts owed (tax deficiencies) by the Defendant by virtue of the two erroneous refunds paid to her. See, Doc. 22. On the tax deficiency of $32,180.40, statutory interest of $11,886.99 has accrued through March 5, 2008. On the tax deficiency of $35,204.48, statutory interest has accrued in the amount of $13,004.04 through March 5, 2008. The Court therefore will direct the Clerk to enter judgment on behalf of Plaintiff in the amount of $92,275.91. Accordingly, it is

**ORDERED AND ADJUDGED:**

1.     That the Motion for Summary Judgment by the United States (Doc. 10) is

granted;

2.      That the Motion to Dismiss Plaintiff's Summary Judgment and Motion for

Summary Judgment by Defendant Lola C. Brokemond (Doc. 14) are denied; and

3.      That the Clerk shall enter judgment on behalf of the Plaintiff and against the

Defendant in the amount of $92,275.91, with costs to be assessed according to law.

DONE AND ORDERED this ___6th___ day of March 2008.


                                    *Howell W. Melton*
                                    Senior United States District Judge



Copies to:
Counsel of Record
Defendant, pro se